**CONSENT TO BECOME A PARTY PLAINTIFF**

      1.    I consent and agree to pursue my wage claims through the lawsuit filed against my former employer.

      2.    I understand that this lawsuit is brought under the Fair Labor Standards Act, the Illinois Minimum Wage Law, and the Illinois Wage Payment and Collections Act. I hereby consent, agree and opt-in to become a plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

      3.    I intend to pursue my claims individually, unless and until the Court certifies this case as a collective or a class, which I understand has also been alleged.

      4.    In the event the case is certified and then decertified, I authorize Plaintiffs' counsel to use this consent form to re-file my claims in a separate or related action against my employer.

Tazjanae Johnson

_____
Name

*Tazjanae Johnson*

_____
Signature

09/12/2019
_____
Date Signed