## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TAZJANAE JOHNSON, on behalf of herself and all other plaintiffs similarly situated, | ) ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 19-cv-6371 |
| | ) | |
| TRUDO REALTY, LLC and CHRISTOPHER CATON, | ) ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiff, Tazjanae Johnson ("Plaintiff") by and through her attorneys, moves this Court for a default judgment and certification of the class. In support of its Motion, states as follows:

1.     On September 25, 2019, Plaintiff filed her Class Action Complaint seeking class action relief under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq.* ("BIPA").

2.     Defendants were served with a Notice of a Lawsuit and Request to Waive Service of Summons and Waiver of the Service of Summons and the Complaint on September 25, 2019.

3.     On October 19, 2019, Defendants executed the Waivers of Service for Christopher Caton and Trudo Realty, LLC. ECF 8 & 9.

4.     Defendants' Answer and Appearance were due to this Court on or about November 25, 2019. ECF 8-10.

5.     To date, Defendants have not filed an appearance or an Answer to the Complaint.

6.     Plaintiff has filed all requested pleadings.

Wherefore, Plaintiff respectfully requests that a default judgment be entered for the Plaintiff and against Defendants in the amount determined upon prove up, attorneys' fees and costs, certification of the class, and all other relief this Court deems equitable and just.

Dated January 23, 2020

David J. Fish
Kimberly Hilton
John Kunze
Mara Baltabols
THE FISH LAW FIRM
200 E 5th Ave Suite 123
Naperville, IL 60563
Email: mara@fishlawfirm.com

Respectfully Submitted,

By: /s/ Mara A. Baltabols
One of the Attorneys for the Plaintiff