# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Tazjanae Johnson

        Plaintiff,

v.                 Case No.: 1:19−cv−06371
                  Honorable Robert M. Dow Jr.

Trudo Realty, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2020:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Defendants failed to appear. Plaintiff's motion for an Order of Default against the Defendants [13] is granted. Order of Default is entered against Trudo Realty, LLC and Christopher Caton. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.