# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tazjanae Johnson
                                  Plaintiff,

v.                                                                   Case No.: 1:19−cv−06371
                                                                     Honorable Robert M. Dow Jr.

Trudo Realty, LLC, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the prior report [see 37] of a settlement, Plaintiff's motion for dismissal [38] is granted. This case is dismissed with prejudice with each side to bear its own attorneys&#039; fees and costs. Status hearing set for 8/19/2020 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.